469 A.2d 274

Muller v. Midstates Equipment.

Appeal of Midstates Equipment Service, Inc.

Reargument Denied Jan. 13, 1984.

Petition for Allowance of Appeal
Denied June 7, 1984.

Argued September 13, 1983.

Louis S. Criden, for appellant; Cornelius Van Galen, for appellees.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Orders affirmed at No. 418 Philadelphia 1983 and Appeal dismissed at No. 419 Philadelphia 1983.

CAVANAUGH, J., filed a memorandum dissenting opinion.